and Another, Doing Business as GAIETY WAIST COMPANY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and McAvoy, JJ.

ABRAHAM ROSEN, Respondent, v. MORRIS BRUKENFELD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

EDWARD C. SUFFERN, Plaintiff, v. KAUFMAN MANDELL and Another, Defendants.— Submission dismissed, without costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of CHARLES S. SMITH and Another, Respondents, for Peremptory Writ of Mandamus Directed to JOHN P. O'BRIEN, as Corporation Counsel or Chief Law Officer of the City of New York, Appellant, etc., Directing Him to Institute Proceedings to Ascertain the Compensation, etc., by Reason of the Closing, etc., of Bronx Avenue, Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

CARMINE PASCALE, Respondent, v. CARTER & WEEKS STEVEDORING COMPANY, Appellant.— Determination of Appellate Term and judgment of the Municipal Court reversed, with costs in this court and in the Appellate Term, and judgment directed for defendant dismissing the complaint, with costs, on the authority of *Scano* v. *Turner & Blanchard, Inc.* (209 App. Div. 41); *Webber* v. *Piper* (109 N. Y. 496); *Vogel* v. *American Bridge Co.* (180 id. 373); *Madigan* v. *Oceanic Steam Nav. Co.* (178 id. 242). Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

JOSEPH AUDANO, Respondent, v. JAMES M. FLOOD, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict was against the weight of evidence and for error of law with respect to admission of proof in relation to profits claimed to have been earned by plaintiff in its [his] business. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE BERMAN STORES CO., INC., Appellant, v. MORRIS FURMAN and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

KENNETH FAIRBANKS, Respondent, v. FERDINAND C. TOWNSEND and Another, Copartners, etc., Appellants. (Action No. 1.) — Judgment modified by reducing the amount of the judgment as entered to the sum of $859.33, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

KENNETH FAIRBANKS, Respondent, v. FERDINAND C. TOWNSEND and Others, Copartners, etc., Appellants. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MILTON KEMPNER and Another, Respondents, v. SAMUEL SIMON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

KORA SPALAJKOVITCH-GERMANITCH, Appellant, v. CHRISTOPHER G. HUPFEL and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.